UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24385-CIV-HOEVELER

WYTOCHE BYNES,

    Plaintiff,

v.

JACKSON SOUL FOOD, INC., and
SHIRLENE JACKSON,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND DENYING MOTION FOR FEES

THIS CAUSE comes before the Court on the Report of the Magistrate Judge, issued July 2, 2013, as to Defendant's motion for fees and costs. No objections were filed to the Report.

The Court has reviewed the Report, and pertinent portions of the record, and notes that the request for attorney's fees and costs might otherwise be well taken if it had been filed in compliance with this Court's Local Rules. Rule 7.3, S.D. Fla. L.R., was amended several years ago[1] to require disclosure of a proposed motion for fees and/or costs thirty days prior to the filing deadline, which it is undisputed that Defendants failed to do.

---

[1] The amendment took effect April 15, 2011, see Administrative Order 2011-5, entered January 25, 2011.

ORDERED AND ADJUDGED that the Report and Recommendations be adopted by this Court. The Defendants' motion for attorney's fees is DENIED.

DONE AND ORDERED in Chambers in Miami this 24th day of July 2013.

_____
WILLIAM M. HOEVELER
SENIOR UNITED STATES DISTRICT COURT JUDGE

copies to:   counsel of record